In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00175-CV
_____

IN RE SARA JANE BATTEAU

Original Proceeding
County Court at Law No. 3 of Montgomery County, Texas
Trial Cause No. 21-02-02642-CV

MEMORANDUM OPINION

In a petition for mandamus, Sara Jane Batteau, Relator, seeks to compel the Presiding Judge of the Second Administrative Judicial Region to vacate its May 31, 2022 order denying a motion to recuse, a motion that she filed in Trial Cause No. 21-02-02642-CV. That cause is currently pending in the County Court at Law Number 3 of Montgomery County, Texas.

In the trial court, Batteau filed an emergency motion seeking to disqualify Mason Martin, the judge assigned to preside over the divorce

and child custody proceeding in which she is a party. In the motion, Batteau argued Mason should be disqualified from presiding over the trial because he had shown he could not be impartial. Mason referred the motion to the Regional Presiding Judge of the Second Administrative Judicial Region, Robert Trapp. Judge Trapp, however, denied Batteau's motion. After Judge Trapp denied the motion, Batteau filed a petition for mandamus with this Court. In her petition, Batteau complains that Judge Trapp abused his discretion when he denied her motion.

We note that the complaint Batteau raises in her petition is directed at an order signed by a judge of an administrative judicial region in the judge's administrative capacity.[1] We further note that the mandamus jurisdiction of the appellate courts extends to judges of district and county courts who are in the court of appeals' district.[2] Since the relief Bateau seeks is unnecessary to this Court's enforcement of its jurisdiction, we have no authority to grant a writ of mandamus against a regional presiding judge when the petition concerns an act that occurred

---

[1] *See* Tex. Gov't Code Ann. § 74.046.
[2] *See id.* § 22.221.

2

in the Regional Presiding Judge's administrative capacity, as it does here.[3]

Since we have no authority to grant the relief Relator seeks, we dismiss her petition without reference to the merits of her petition.

PETITION DISMISSED.

PER CURIAM

Submitted on June 22, 2022
Opinion Delivered June 23, 2022

Before Kreger, Horton and Johnson, JJ.

---

[3]*In re Hettler*, 110 S.W.3d 152, 154 (Tex. App.—Amarillo 2003, orig. proceeding [mand. denied]).